# MEMORANDUM DECISIONS.

APPELL, Respondent, v. STEMMLER, Appellant. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by Jacob Appell against Theodore W. Stemmler. Douglas & Minton, for appellant. Albert J. Appell, for respondent. No opinion. Judgment affirmed, with costs, upon argument. See 27 N. Y. Supp. 1128.

ATLANTIC AVE. R. CO. v. LONG ISLAND R. CO. et al. (Supreme Court, General Term, Second Department. February 11, 1895.) Action by the Atlantic Avenue Railroad Company against the Long Island Railroad Company and others. No opinion. Judgment affirmed, with costs.

ATLANTIC AVE. R. CO. OF BROOKLYN v. LONG ISLAND R. CO. et al. (Supreme Court, General Term, Second Department. February 11, 1895.) Action by the Atlantic Avenue Railroad Company of Brooklyn against the Long Island Railroad Company and the New York Rockaway Beach Railroad Company.
PER CURIAM. The opinion of the judge who tried this cause discloses sufficient grounds to justify the judgment which was rendered. Affirmed.

BACHRACH et al., Appellants, v. LEVY, Respondent. (Supreme Court, General Term, First Department. March 15, 1895.) Action by Solomon Bachrach and others against Rachel Levy, impleaded. No opinion. Order affirmed, with $10 costs and disbursements, and with leave to renew application as matter of favor to be relieved from judgment as inadvertently entered.

BAHR v. EDISON GENERAL ELECTRIC CO. (Supreme Court, General Term, Third Department. February 26, 1895.) Action by Henry Bahr against the Edison General Electric Company. No opinion. Order reversed, motion to open default and vacate judgment granted, with $10 costs of this appeal, and printing and other disbursements.

BAILEY, Appellant, v. CROWELL, Respondent. (Common Pleas of New York City and County, General Term. February 4, 1895.) Action by Samuel L. Bailey against Ellen A. Crowell, as receiver. A. J. Moore, for appellant. Wm. S. Lewis, for respondent.
PER CURIAM. The return bears record of the fact that an assignment to the landlord in this proceeding of the lease from Becar et al. to Gano was received in evidence on behalf of the plaintiff. We fail to find such exhibit annexed to the return, and are unable to satisfactorily determine this appeal in the absence of a complete record. Reargument ordered for February additional general term, return to be amended meanwhile.

BARTELS, Respondent, v. FISCHER et al., Appellants. (City Court of Brooklyn, General Term. February 25, 1895.) Action by Herman B. Bartels against Benedickt Fischer and others. W. W. Fletcher and H. Huffman Browne, for appellants. Robert Goeller, for respondent.
PER CURIAM. The defendants, at the close of the case, moved to dismiss the complaint, on the ground that there was no proof of value at the date of trial. This motion was properly denied, as the plaintiff was entitled, in any event, to a valuation of six cents. We have carefully examined the record, and conclude that the testimony given at folios 99 and 100 was sufficient to justify the jury in finding that the value of the property at the trial was substantially the same as at the taking. It was not in the power of the plaintiff to examine the goods, for they had been in possession of the defendants, and, no doubt, had been scattered. The testimony given at folio 356 was properly admitted, for the reason given at the trial. We have examined the points of the counsel for appellants, and can find no ground to justify a reversal of the judgment. Judgment and order denying new trial affirmed, with costs.

BEEKMAN et al., Appellants, v. VAN DOLSEN, Respondent. (Supreme Court, General Term, First Department. March 15, 1895.) Action by Gerard Beekman and another against Susan Van Dolsen. C. Norwood, for appellants. W. Mitchell, for respondent. No opinion. Judgment affirmed, with costs, on opinion on previous appeal. See 24 N. Y. Supp. 414.

BELASCO v. FAIRBANK et al. (Supreme Court, General Term, First Department. February 15, 1895.) Action by David Belasco against N. K. Fairbank and others. Dittenhoefer, Gerber & James, for Belasco. Deming & Walradt, for Fairbank and others. No opinion. Motion denied, with $10 costs. See 29 N. Y. Supp. 1140.

BERRY HARVESTER CO., Appellant, v. WALTER A. WOOD MOWING & REAPING MACH. CO., Respondent. (Supreme Court, General Term, Third Department. February 12, 1895.) No opinion. Judgment affirmed, with costs.

BIENENSTOK et al., Respondents, v. AMMIDOWN et al., Appellants. (Superior Court of New York City, General Term. January 21,